U.S. COURT OF APPEALS RECEIVED FEB 12 2019 FIFTH CIRCUIT

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

Christopher Douglas Simmons §
Plaintiff - Appellant §
§   Case No. 18-50855
v. §
§
Bryan Collier, Texas Department of Criminal Justice,
Executive Director;
Cythia Tilley, Senior Warden Boyd Unit;
Pam Paci, University of Texas Medical Branch Manager;
Deborah Aleman, University of Texas Medical Branch
Patient Assistant;
Mildred Daniel, University of Texas Medical Branch Nurse.
Defendants -- Appellees

## MOTION TO PRODUCE APPELLANT'S BRIEF

Under Federal Rules of Appellate Procedure and 5th Circuit Rule 27. Motion the Appellant, Christopher Douglas Simmons is given notice through this motion to present and produce Appellant's brief required by Federal Rule of Appellate Procedure and 5th Circuit Rule 28, Briefs. Appellant was given notice on January 4th, 2019 from the United States Courts of Appeals Fifth Circuit clerk, Lyle W. Cayce of a 40 day notice shown on the letterhead.

Enclosed is the 4 copies of the Appellant's brief that is required by the Fifth Circuit clerk and notice that 2 copies of the brief by Certificate of Service Rule 32 was mailed to defendants Deborah Aleman and Mildred Daniel to Boyd Unit, U.T.M.B. Department, 200 Spur 113, Teague, Texas 75860 where incident of complaint took place and last known address of employment of both defendants that Appellant seeks to pursue through this appeal, on February 10th 2019 mailed out, Case No. 18-50855 for Appellant is being appealed from the United States Court of Western District, Waco Division in Texas that was dismissed with prejudice and failure

to state a claim by stating no constitutional violations by defendants. On 7-30-2018 a prisoner's civil rights 1983 complaint was filed and on September 11th 2018 dismissed by judge Robert Pitman. Appellant believes U.S. District Judge Robert Pitman errored when dismissing his Motion to Appoint Counsel and Final Jugment Order to dismiss with prejudice for failure to state a claim of no constitutional violations of 8th Amendment to serious medical needs of deliberate indifference. Through this motion, Rule 27, Appellant is requesting "all" reference material that was presented to judge Robert Pitman such as, original 1983 complaint, medical sick calls, medical records, Step 1 < 2 grievance, Motion to Appoint Counsel, specific questions, and Final Judgment Order for review in favor of Appellant for Brief in Rule 28 of Federal Rule of Appellate Procedures.

PRAYER

Appellant is requesting relief of a Spear's Hearing under Haines Test to show proof; Haines v. Kerner, 404 U.S. 519, 302 Ed. 2d 652, 92 S. Ct. 594 and Spears v. McCotter, 766 F. 2d 179, 181 (5th Cir. 1985). To reverse back to District Court, as cited in; Smith v. Smith, 589 F. 736 (4th Cir. 2009); for compensatory and punitive damages for $500,000.00 for hearing loss, 8th Amendment violation of deliberate indifference to serious medical needs, and stigmatized mental anguish. For the Fifth Circuit Court of Appeals to clearly see and understand the injuries that occured and corrects it under the proper remedies of law. Appellant prays the Fifth Circuit Court of Appeals appoints counsel to protect his interest in these proceedings and any additional relief the Fifth Circuit Court of Appeals deems just, proper, and equitable, along with issuing a DOCKET CONTROL ORDER.

I certify that this request is being sent to you on date below:

February 10, 2019

Pro Se *[signature]*

Christopher Douglas Simmons

TDCJ #01956192

Stevenson Unit

1525 FM 766

Cuero, Texas, 77954

(361) 275-2075